# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kyle S. Blocker             CHAPTER 13

           Debtor(s)            BKY. NO. 20-11033 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

                             Respectfully submitted,
                             **/s/ Rebecca A. Solarz Esquire**
                             Rebecca A Solarz, Esquire
                             Kevin G. McDonald, Esquire
                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 627-1322