```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                             Case No. 20-11033-pmm
Kyle S Blocker                                                     Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0313-4          User: Keith                 Page 1 of 2                  Date Rcvd: Mar 16, 2020
                              Form ID: 309I               Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db             +Kyle S Blocker,    1519 Hausman Avenue,    Allentown, PA 18103-8331
tr             +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14470186       +AES/NCT,    PO Box 61047,    Harrisburg, PA 17106-1047
14470188        Asset Recovery Solutions LLC,    2200 E Devon Avenue,    Suite 200,    Des Plaines, IL 60018-4501
14470189        Autovest LLC of Pennsylvania,    PO Box 2247,    Southfield, MI 48037-2247
14470190       +Banch B&T,    223 West Nash Street,    Wilson, NC 27893-3801
14470196       +CBCS,    PO Box 2589,    Columbus, OH 43216-2589
14470197        CBE Group,    PO Box 2068,    Waterloo, IA 50704-2068
14470198       +CiitBank,    Radius Global Solutions LLC,    PO Box 390905,    Minneapolis, MN 55439-0905
14470200       +Credit Capital,    PO Box 31179,    Tampa, FL 33631-3179
14470201       +Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
14470205        Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
14470206       +EMESS Management,    PO Box 478,    Middlesex, NJ 08846-0478
14470208        First Investors Financial Servicing Grou,    PO Box 390672,    Minneapolis, MN 55439-0672
14470209        Health Network Laboratories,    PO Box 789561,    Philadelphia, PA 19178-9581
14470218        LTD Financial Services,    3200 Wilcrest,    Suite 600,    Houston, TX 77042-6000
14470214       +Lehigh Valley Bariatric Medicine,    1243 S Cedar Crest Blvd,    Allentown, PA 18103-6268
14470216       +Lehigh Valley Health Network,    PO Box 4120,    Allentown, PA 18105-4120
14470215        Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
14470217       +Lending Club Corporation,    21 Stevenson,    Suite 300,    San Francisco, CA 94105-2706
14470221       +Midland Funding LLC,    c/o Law Offices of Hayt, Hayt & Landau,,    2 Industrial Way,
                 Eatontown, NJ 07724-2265
14470222       +NES,    2479 Edison Blvd,    Unit A,    Twinsburg, OH 44087-2476
14470223        Northstar Location Services LLC,    4285 Cheektowaga,    Buffalo, NY 14225
14470225        Penn Credit,    916 S 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14470226        Penn Credit Corp,    2800 Commerce Drive,    PO Box 69703,    Harrisburg, PA 17106-9703
14470227       +Penn Credit Corp,    PO Box 1259,    Dpt 91047,    Oaks, PA 19456-1259
14470233        RCN,    PO Box 11816,    Newark, NJ 07101-8116
14470232       +Ratchford Law Group,    54 Glenmaura National Blvd,    Moosic, PA 18507-2101
14470234       +Rollins Service Bureau,    PO Box 1415,    Atlanta, GA 30301-1415
14470235       +Roundpoint Mortgage Servicing Co,    PO box 19789,    Charlotte, NC 28219-9789
14470238       +TSI,    One Huntington Quadrangle,    Suite 2S01,    Melville, NY 11747-4438
14470239       +Unifund CCR, LLC,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
14480636       +Unifund CCR,LLC,    Barclay’s Bank Delaware,    c/o Tsarouhis Law Group,    21 South 9th Street,
                 Allentown, PA 18102-4861
14470240       +Van Ru Credit Corp,    4839 N Elston Avenue,    Chicago, IL 60630-2534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: marc81047@yahoo.com Mar 17 2020 03:57:51      MARC KRANSON,    Marc Kranson Esquire,
                 523 Walnut Street,    Allentown, PA  18101
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2020 03:58:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 17 2020 03:58:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 17 2020 03:58:11      United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14470185       +EDI: CAPIO.COM Mar 17 2020 07:49:00      AC AssetCare,    2222 Texoma Pkwy,    Suite 180,
                 Sherman, TX 75090-2484
14470187        E-mail/Text: kristin.villneauve@allianceoneinc.com Mar 17 2020 03:57:54
                 Alliance One Receivable Mgnmt Inc,    PO Box 3102,    Southeastern, PA 19398-3102
14470191       +E-mail/Text: bankruptcy@bbandt.com Mar 17 2020 03:57:58      BB&T,    PO Box 580048,
                 Charlotte, NC 28258-0048
14470192        E-mail/Text: bankruptcy@bbandt.com Mar 17 2020 03:57:58      BB&T Processing Center,
                 PO Box 580048,    Charlotte, NC 28258-0048
14470199        EDI: CKSFINANCIAL.COM Mar 17 2020 07:48:00      CKS Financial,    PO Box 2856,
                 Chesapeake, VA 23327-2856
14470203        E-mail/Text: customercareus@creditcorpsolutionsinc.com Mar 17 2020 03:57:52
                 Credit Corp Solutions,    63 East 11400 South 408,    Sandy, UT 84070
14470193        EDI: CAPITALONE.COM Mar 17 2020 07:48:00      Cabelas Visa Center,    World’s Foremost Bank,
                 PO Box 82609,    Lincoln, NE 68501-2609
14470194       +EDI: CAPONEAUTO.COM Mar 17 2020 07:49:00      Capital One Auto Finance,    PO Box 60511,
                 City of Industry, CA 91716-0511
14474534       +EDI: AISACG.COM Mar 17 2020 07:49:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14478138       +EDI: AIS.COM Mar 17 2020 07:48:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
```

```
District/off: 0313-4          User: Keith                Page 2 of 2                  Date Rcvd: Mar 16, 2020
                              Form ID: 309I              Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14470195      +EDI: CAPITALONE.COM Mar 17 2020 07:48:00      Capital One Bank USA N.A.,    4851 Cox Road,
               Glen Allen, VA 23060-6293
14470202      +E-mail/Text: kzoepfel@credit-control.com Mar 17 2020 03:58:13      Credit Control LLC,
               5757 Phantom Drive,    Suite 330,    Hazelwood, MO 63042-2429
14470204       EDI: CRFRSTNA.COM Mar 17 2020 07:48:00      Credit First NA,    PO Box 81344,
               Cleveland, OH 44188-0344
14470207      +E-mail/Text: data_processing@fin-rec.com Mar 17 2020 03:57:59
               Financial Recovery Services Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
14470210      +EDI: IIC9.COM Mar 17 2020 07:48:00      IC System Inc.,    444 Highway 96 East,    PO Box 64738,
               Saint Paul, MN 55127-2557
14470211       E-mail/Text: bncnotices@becket-lee.com Mar 17 2020 03:57:57      Kohls Payment Center,
               PO Box 2983,    Milwaukee, WI 53201-2983
14470213       EDI: IIC9.COM Mar 17 2020 07:48:00      LC Systems Inc.,    PO Box 64378,
               Saint Paul, MN 55164-0378
14470212      +EDI: CAPIO.COM Mar 17 2020 07:49:00      Law Offices of Mitchell Bluhm,    3400 Texoma Pkwy,
               Suite 100,    Sherman, TX 75090-1916
14470219      +E-mail/Text: cs.bankruptcy@jmcbiz.com Mar 17 2020 03:58:23      Media Collections Inc.,
               8948 Canyon Falls Blvd,    Suite 200,    Twinsburg, OH 44087-1900
14470220      +EDI: MID8.COM Mar 17 2020 07:48:00      Midland Credit Management,    2365 Northside Drive,
               Suite 300,    San Diego, CA 92108-2709
14470231       EDI: PRA.COM Mar 17 2020 07:48:00      Portfolio Recovery Associates,    120 Corporate Blvd,
               Suite 100,    Norfolk, VA 23502
14470229       EDI: PRA.COM Mar 17 2020 07:48:00      Portfolio Recovery Associates,    Disputes Department,
               140 Corporate Blvd,    Norfolk, VA 23502
14470230       EDI: PRA.COM Mar 17 2020 07:48:00      Portfolio Recovery Associates,    PO Box 12914,
               Norfolk, VA 23541
14470224      +E-mail/Text: paparalegals@pandf.us Mar 17 2020 03:58:24      Patenaude & Felix, A.P.C.,
               501 Corporate Drive,    Southpointe, Suite 205,    Canonsburg, PA 15317-8584
14470228      +E-mail/Text: info@phoenixfinancialsvcs.com Mar 17 2020 03:57:54
               Phoenix Financial Services LLC,    8902 Otis Avenue,    Indianapolis, IN 46216-1077
14471040       EDI: Q3G.COM Mar 17 2020 07:48:00      Quantum3 Group LLC as agent for,
               Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA 98083-0788
14470236       EDI: RMSC.COM Mar 17 2020 07:49:00      Synchrony Bank,    PO Box 965033,
               Orlando, FL 32896-5033
14470237       EDI: WTRRNBANK.COM Mar 17 2020 07:48:00      Target Card Services,    PO Box 660170,
               Dallas, TX 75266-0170
14470241      +E-mail/Text: notices@burt-law.com Mar 17 2020 03:58:23      Velocity Investments LLC,
               c/o Burton Neil & Associates P.C.,    1060 Andrew Drive,    Suite 170,
               West Chester, PA 19380-5601
14470242       EDI: RMSC.COM Mar 17 2020 07:49:00      Walmart/Synchrony Bank,    PO Box 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14474535*     +Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
```
              MARC   KRANSON    on behalf of Debtor Kyle S Blocker marc81047@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 4
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kyle S Blocker** | | Social Security number or ITIN | xxx–xx–1252 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed for chapter 13 | 2/20/20 |
| Case number: | **20–11033–pmm** | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case 12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kyle S Blocker | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1519 Hausman Avenue<br>Allentown, PA 18103 | |
| 4. | **Debtor's attorney**<br>Name and address | MARC KRANSON<br>Marc Kranson Esquire<br>523 Walnut Street<br>Allentown, PA 18101 | Contact phone (610) 432–0720<br>Email: marc81047@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 3/16/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 14, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/13/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/30/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/18/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $166.67 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/28/20** at **10:00 AM** , Location: **201 Penn Street, 4th Floor, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |