United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-11033-pmm
Kyle S Blocker                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 3              Date Rcvd: Jun 04, 2020
                              Form ID: 309A           Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
```
db           +Kyle S Blocker,    1519 Hausman Avenue,     Allentown, PA 18103-8331
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,     Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,     Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14470186     +AES/NCT,    PO Box 61047,    Harrisburg, PA 17106-1047
14470188      Asset Recovery Solutions LLC,    2200 E Devon Avenue,     Suite 200,    Des Plaines, IL 60018-4501
14470189      Autovest LLC of Pennsylvania,    PO Box 2247,    Southfield, MI 48037-2247
14470190     +Banch B&T,    223 West Nash Street,    Wilson, NC 27893-3801
14470196     +CBCS,    PO Box 2589,    Columbus, OH 43216-2589
14470197      CBE Group,    PO Box 2068,    Waterloo, IA 50704-2068
14470198     +CiitBank,    Radius Global Solutions LLC,    PO Box 390905,     Minneapolis, MN 55439-0905
14470200     +Credit Capital,    PO Box 31179,    Tampa, FL 33631-3179
14470201     +Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
14470205      Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
14470206     +EMESS Management,    PO Box 478,    Middlesex, NJ 08846-0478
14470208      First Investors Financial Servicing Grou,    PO Box 390672,     Minneapolis, MN 55439-0672
14470209      Health Network Laboratories,    PO Box 789581,    Philadelphia, PA 19178-9581
14470218      LTD Financial Services,    3200 Wilcrest,    Suite 600,    Houston, TX 77042-6000
14470214     +Lehigh Valley Bariatric Medicine,    1243 S Cedar Crest Blvd,     Allentown, PA 18103-6268
14470216     +Lehigh Valley Health Network,    PO Box 4120,    Allentown, PA 18105-4120
14470215      Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
14470217     +Lending Club Corporation,    21 Stevenson,    Suite 300,    San Francisco, CA 94105-2706
14470221     +Midland Funding LLC,    c/o Law Offices of Hayt, Hayt & Landau,,     2 Industrial Way,
               Eatontown, NJ 07724-2265
14470222     +NES,    2479 Edison Blvd,    Unit A,    Twinsburg, OH 44087-2476
14470223      Northstar Location Services LLC,    4285 Cheektowaga,     Buffalo, NY 14225
14470225      Penn Credit,    916 S 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14470226     +Penn Credit Corp,    2800 Commerce Drive,    PO Box 69703,    Harrisburg, PA 17106-9703
14470227     +Penn Credit Corp,    PO Box 1259,    Dpt 91047,    Oaks, PA 19456-1259
14470233      RCN,    PO Box 11816,    Newark, NJ 07101-8116
14470232     +Ratchford Law Group,    54 Glenmaura National Blvd,    Moosic, PA 18507-2161
14470234     +Rollins Service Bureau,    PO Box 1415,    Atlanta, GA 30301-1415
14491096     +RoundPoint Mortgage Servicing Corporation,    446 Wrenplace Road,     Fort Mill, SC 29715-0200
14470235     +Roundpoint Mortgage Servicing Co,    PO box 19789,    Charlotte, NC 28219-9789
14470238     +TSI,    One Huntington Quadrangle,    Suite 2S01,    Melville, NY 11747-4438
14470239     +Unifund CCR, LLC,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
14480636     +Unifund CCR,LLC,    Barclay's Bank Delaware,    c/o Tsarouhis Law Group,    21 South 9th Street,
               Allentown, PA 18102-4861
14470240     +Van Ru Credit Corp,    4839 N Elston Avenue,    Chicago, IL 60630-2534
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: marc81047@yahoo.com Jun 05 2020 03:11:23     MARC KRANSON,    Marc Kranson Esquire,
               523 Walnut Street,    Allentown, PA  18101
tr           +EDI: QLEFELDMAN.COM Jun 05 2020 06:58:00     LYNN E. FELDMAN,    Feldman Law Offices PC,
               221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:20
               Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2020 03:12:45     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 05 2020 03:12:34     United States Trustee,
               Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14470185     +EDI: CAPIO.COM Jun 05 2020 06:58:00     AC AssetCare,    2222 Texoma Pkwy,    Suite 180,
               Sherman, TX 75090-2484
14470187      E-mail/Text: kristin.villneauve@allianceoneinc.com Jun 05 2020 03:11:28
               Alliance One Receivable Mgnmt Inc,    PO Box 3102,    Southeastern, PA 19398-3102
14470191     +E-mail/Text: bankruptcy@bbandt.com Jun 05 2020 03:12:06     BB&T,    PO Box 580048,
               Charlotte, NC 28258-0048
14470192      E-mail/Text: bankruptcy@bbandt.com Jun 05 2020 03:12:06     BB&T Processing Center,
               PO Box 580048,    Charlotte, NC 28258-0048
14486363     +E-mail/Text: bankruptcy@bbandt.com Jun 05 2020 03:12:06     BB&T now Truist, Bankruptcy Section,
               100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
14470199      EDI: CKSFINANCIAL.COM Jun 05 2020 06:58:00     CKS Financial,    PO Box 2856,
               Chesapeake, VA 23327-2856
14470203     +E-mail/Text: customercareus@creditcorpsolutionsinc.com Jun 05 2020 03:11:25
               Credit Corp Solutions,    63 East 11400 South 408,    Sandy, UT 84070
14487799     +EDI: CRFRSTNA.COM Jun 05 2020 06:58:00     CREDIT FIRST NA,    po box 818011,
               CLEVELAND, OH 44181-8011
14470193      EDI: CAPITALONE.COM Jun 05 2020 06:58:00     Cabelas Visa Center,    World's Foremost Bank,
               PO Box 82609,    Lincoln, NE 68501-2609
```

```
District/off: 0313-4              User: Lisa              Page 2 of 3              Date Rcvd: Jun 04, 2020
                                  Form ID: 309A           Total Noticed: 82


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14470194       +EDI: CAPONEAUTO.COM Jun 05 2020 06:58:00      Capital One Auto Finance,    PO Box 60511,
                 City of Industry, CA 91716-0511
14474534       +EDI: AISACG.COM Jun 05 2020 06:58:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14486132       +EDI: AISACG.COM Jun 05 2020 06:58:00      Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14478138       +EDI: AIS.COM Jun 05 2020 06:58:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14470195       +EDI: CAPITALONE.COM Jun 05 2020 06:58:00      Capital One Bank USA N.A.,    4851 Cox Road,
                 Glen Allen, VA 23060-6293
14491558        EDI: BL-BECKET.COM Jun 05 2020 06:58:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
14470202       +E-mail/Text: kzoepfel@credit-control.com Jun 05 2020 03:12:36      Credit Control LLC,
                 5757 Phantom Drive,    Suite 330,   Hazelwood, MO 63042-2429
14470204        EDI: CRFRSTNA.COM Jun 05 2020 06:58:00      Credit First NA,    PO Box 81344,
                 Cleveland, OH 44188-0344
14470207       +E-mail/Text: data_processing@fin-rec.com Jun 05 2020 03:12:09
                 Financial Recovery Services Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
14470210       +EDI: IIC9.COM Jun 05 2020 06:58:00      IC System Inc.,    444 Highway 96 East,    PO Box 64738,
                 Saint Paul, MN 55127-2557
14470211        E-mail/Text: bncnotices@becket-lee.com Jun 05 2020 03:12:01      Kohls Payment Center,
                 PO Box 2983,   Milwaukee, WI 53201-2983
14470213        EDI: IIC9.COM Jun 05 2020 06:58:00      LC Systems Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
14470212       +EDI: CAPIO.COM Jun 05 2020 06:58:00      Law Offices of Mitchell Bluhm,    3400 Texoma Pkwy,
                 Suite 100,   Sherman, TX 75090-1916
14470219       +E-mail/Text: cs.bankruptcy@jmcbiz.com Jun 05 2020 03:13:05      Media Collections Inc.,
                 8948 Canyon Falls Blvd,    Suite 200,   Twinsburg, OH 44087-1900
14470220       +EDI: MID8.COM Jun 05 2020 06:58:00      Midland Credit Management,    2365 Northside Drive,
                 Suite 300,   San Diego, CA 92108-2709
14493188       +EDI: MID8.COM Jun 05 2020 06:58:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14470231        EDI: PRA.COM Jun 05 2020 06:58:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                 Suite 100,   Norfolk, VA 23502
14470229        EDI: PRA.COM Jun 05 2020 06:58:00      Portfolio Recovery Associates,    Disputes Department,
                 140 Corporate Blvd,    Norfolk, VA 23502
14470230        EDI: PRA.COM Jun 05 2020 06:58:00      Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541
14488317        EDI: PRA.COM Jun 05 2020 06:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14470224       +E-mail/Text: paparalegals@pandf.us Jun 05 2020 03:13:07      Patenaude & Felix, A.P.C.,
                 501 Corporate Drive,    Southpointe, Suite 205,    Canonsburg, PA 15317-8584
14470228       +E-mail/Text: info@phoenixfinancialsvcs.com Jun 05 2020 03:11:28
                 Phoenix Financial Services LLC,    8902 Otis Avenue,    Indianapolis, IN 46216-1077
14471040        EDI: Q3G.COM Jun 05 2020 06:58:00      Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA  98083-0788
14490957        EDI: Q3G.COM Jun 05 2020 06:58:00      Quantum3 Group LLC as agent for,
                 Velocity Investments LLC,    PO Box 788,    Kirkland, WA  98083-0788
14470236        EDI: RMSC.COM Jun 05 2020 06:58:00      Synchrony Bank,    PO Box 965033,
                 Orlando, FL 32896-5033
14497207       +E-mail/Text: bncmail@w-legal.com Jun 05 2020 03:12:40      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14470237        EDI: WTRRNBANK.COM Jun 05 2020 06:58:00      Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
14470241       +E-mail/Text: notices@burt-law.com Jun 05 2020 03:13:06      Velocity Investments LLC,
                 c/o Burton Neil & Associates P.C.,    1060 Andrew Drive,    Suite 170,
                 West Chester, PA 19380-5601
14470242        EDI: RMSC.COM Jun 05 2020 06:58:00      Walmart/Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 43

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14474535*      +Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: Lisa              Page 3 of 3            Date Rcvd: Jun 04, 2020
                              Form ID: 309A           Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              MARC   KRANSON    on behalf of Debtor Kyle S Blocker marc81047@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Kyle S Blocker** | Social Security number or ITIN  **xxx–xx–1252** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13**     **2/20/20** |
| Case number: | **20–11033–pmm** | Date case converted to chapter **7**     **6/2/20** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Kyle S Blocker | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1519 Hausman Avenue<br>Allentown, PA 18103 | |
| 4. | **Debtor's attorney**<br>Name and address | MARC KRANSON<br>Marc Kranson Esquire<br>523 Walnut Street<br>Allentown, PA 18101 | Contact phone (610) 432–0720<br><br>Email:  marc81047@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Feldman Law Offices PC<br>221 N. Cedar Crest Blvd.<br>Allentown, PA 18104 | Contact phone (610) 530–9285<br><br>Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **1**

Debtor **Kyle S Blocker**                                                                                                    Case number **20–11033–pmm**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 6/4/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 22, 2020 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/20/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                        page **2**