United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 20-11033-pmm
Kyle S Blocker                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Lisa              Page 1 of 3              Date Rcvd: Jun 04, 2020
                             Form ID: pdf900         Total Noticed: 81
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
```
db             +Kyle S Blocker,    1519 Hausman Avenue,    Allentown, PA 18103-8331
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14470186       +AES/NCT,    PO Box 61047,    Harrisburg, PA 17106-1047
14470188        Asset Recovery Solutions LLC,    2200 E Devon Avenue,    Suite 200,    Des Plaines, IL 60018-4501
14470189        Autovest LLC of Pennsylvania,    PO Box 2247,    Southfield, MI 48037-2247
14470190       +Banch B&T,    223 West Nash Street,    Wilson, NC 27893-3801
14470196       +CBCS,    PO Box 2589,    Columbus, OH 43216-2589
14470197        CBE Group,    PO Box 2068,    Waterloo, IA 50704-2068
14487799       +CREDIT FIRST NA,    po box 818011,    CLEVELAND, OH 44181-8011
14491558        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14470198       +CiitBank,    Radius Global Solutions LLC,    PO Box 390905,    Minneapolis, MN 55439-0905
14470200       +Credit Capital,    PO Box 31179,    Tampa, FL 33631-3179
14470201       +Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
14470204        Credit First NA,    PO Box 81344,    Cleveland, OH 44188-0344
14470205        Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
14470206       +EMESS Management,    PO Box 478,    Middlesex, NJ 08846-0478
14470208        First Investors Financial Servicing Grou,    PO Box 390672,    Minneapolis, MN 55439-0672
14470209        Health Network Laboratories,    PO Box 789581,    Philadelphia, PA 19178-9581
14470210       +IC System Inc.,    444 Highway 96 East,    PO Box 64738,    Saint Paul, MN 55127-2557
14470213        LC Systems Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
14470218        LTD Financial Services,    3200 Wilcrest,    Suite 600,    Houston, TX 77042-6000
14470214       +Lehigh Valley Bariatric Medicine,    1243 S Cedar Crest Blvd,    Allentown, PA 18103-6268
14470216       +Lehigh Valley Health Network,    PO Box 4120,    Allentown, PA 18105-4120
14470215        Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
14470217       +Lending Club Corporation,    21 Stevenson,    Suite 300,    San Francisco, CA 94105-2706
14470221       +Midland Funding LLC,    c/o Law Offices of Hayt, Hayt & Landau,,    2 Industrial Way,
                 Eatontown, NJ 07724-2265
14470222       +NES,    2479 Edison Blvd,    Unit A,    Twinsburg, OH 44087-2476
14470223        Northstar Location Services LLC,    4285 Cheektowaga,    Buffalo, NY 14225
14470225        Penn Credit,    916 S 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14470226        Penn Credit Corp,    2800 Commerce Drive,    PO Box 69703,    Harrisburg, PA 17106-9703
14470227       +Penn Credit Corp,    PO Box 1259,    Dpt 91047,    Oaks, PA 19456-1259
14470233        RCN,    PO Box 11816,    Newark, NJ 07101-8116
14470232       +Ratchford Law Group,    54 Glenmaura National Blvd,    Moosic, PA 18507-2161
14470234       +Rollins Service Bureau,    PO Box 1415,    Atlanta, GA 30301-1415
14491096       +RoundPoint Mortgage Servicing Corporation,    446 Wrenplace Road,    Fort Mill, SC 29715-0200
14476630       +RoundPoint Mortgage Servicing Corporation,    CO Rebecca A. Solarz, Esq.,    KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14470235       +Roundpoint Mortgage Servicing Co,    PO box 19789,    Charlotte, NC 28219-9789
14470238       +TSI,    One Huntington Quadrangle,    Suite 2S01,    Melville, NY 11747-4438
14470237        Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
14470239       +Unifund CCR, LLC,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
14480636       +Unifund CCR,LLC,    Barclay's Bank Delaware,    c/o Tsarouhis Law Group,    21 South 9th Street,
                 Allentown, PA 18102-4861
14470240       +Van Ru Credit Corp,    4839 N Elston Avenue,    Chicago, IL 60630-2534
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2020 03:12:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14470185        E-mail/Text: bnc-capio@quantum3group.com Jun 05 2020 03:12:33      AC AssetCare,
                 2222 Texoma Pkwy,    Suite 180,    Sherman, TX 75090-2484
14470187        E-mail/Text: kristin.villneauve@allianceoneinc.com Jun 05 2020 03:11:28
                 Alliance One Receivable Mgnmt Inc,    PO Box 3102,    Southeastern, PA 19398-3102
14470191       +E-mail/Text: bankruptcy@bbandt.com Jun 05 2020 03:12:07      BB&T,    PO Box 580048,
                 Charlotte, NC 28258-0048
14470192        E-mail/Text: bankruptcy@bbandt.com Jun 05 2020 03:12:07      BB&T Processing Center,
                 PO Box 580048,    Charlotte, NC 28258-0048
14486363       +E-mail/Text: bankruptcy@bbandt.com Jun 05 2020 03:12:07      BB&T now Truist, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
14470199        E-mail/Text: jsanders@cksfin.com Jun 05 2020 03:12:17      CKS Financial,    PO Box 2856,
                 Chesapeake, VA 23327-2856
14470203       +E-mail/Text: customercareus@creditcorpsolutionsinc.com Jun 05 2020 03:11:25
                 Credit Corp Solutions,    63 East 11400 South 408,    Sandy, UT 84070
14470193        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2020 03:11:04      Cabelas Visa Center,
                 World's Foremost Bank,    PO Box 82609,    Lincoln, NE 68501-2609
```

```
District/off: 0313-4           User: Lisa                  Page 2 of 3                   Date Rcvd: Jun 04, 2020
                               Form ID: pdf900             Total Noticed: 81
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14476380          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 05 2020 03:10:48
                   Capital One Auto Finance,   c/o AIS Portfolio Services, LP,   Ketan Sawarkar,
                   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14470194          +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 05 2020 03:10:49
                   Capital One Auto Finance,   PO Box 60511,   City of Industry, CA 91716-0511
14474534          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 05 2020 03:10:30
                   Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14486132          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 05 2020 03:10:30
                   Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                   Oklahoma City, OK 73118-7901
14478138          +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2020 03:11:07
                   Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14470195          +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2020 03:10:48
                   Capital One Bank USA N.A.,   4851 Cox Road,   Glen Allen, VA 23060-6293
14470202          +E-mail/Text: kzoepfel@credit-control.com Jun 05 2020 03:12:36       Credit Control LLC,
                   5757 Phantom Drive,   Suite 330,   Hazelwood, MO 63042-2429
14470207          +E-mail/Text: data_processing@fin-rec.com Jun 05 2020 03:12:09
                   Financial Recovery Services Inc.,   PO Box 385908,   Minneapolis, MN 55438-5908
14470211           E-mail/Text: bncnotices@becket-lee.com Jun 05 2020 03:12:02       Kohls Payment Center,
                   PO Box 2983,   Milwaukee, WI 53201-2983
14470212          +E-mail/Text: bnc-capio@quantum3group.com Jun 05 2020 03:12:33       Law Offices of Mitchell Bluhm,
                   3400 Texoma Pkwy,   Suite 100,   Sherman, TX 75090-1916
14470219          +E-mail/Text: cs.bankruptcy@jmcbiz.com Jun 05 2020 03:13:05       Media Collections Inc.,
                   8948 Canyon Falls Blvd,   Suite 200,   Twinsburg, OH 44087-1900
14470220          +E-mail/Text: bankruptcydpt@mcmcg.com Jun 05 2020 03:12:33       Midland Credit Management,
                   2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
14493188          +E-mail/Text: bankruptcydpt@mcmcg.com Jun 05 2020 03:12:33       Midland Funding LLC,
                   PO Box 2011,   Warren, MI 48090-2011
14470231           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2020 03:10:32
                   Portfolio Recovery Associates,   120 Corporate Blvd,   Suite 100,   Norfolk, VA 23502
14470229           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2020 03:10:31
                   Portfolio Recovery Associates,   Disputes Department,   140 Corporate Blvd,
                   Norfolk, VA 23502
14470230           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2020 03:10:32
                   Portfolio Recovery Associates,   PO Box 12914,   Norfolk, VA 23541
14488317           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2020 03:10:50
                   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14470224          +E-mail/Text: paparalegals@pandf.us Jun 05 2020 03:13:07       Patenaude & Felix, A.P.C.,
                   501 Corporate Drive,   Southpointe, Suite 205,   Canonsburg, PA 15317-8584
14470228          +E-mail/Text: info@phoenixfinancialsvcs.com Jun 05 2020 03:11:28
                   Phoenix Financial Services LLC,   8902 Otis Avenue,   Indianapolis, IN 46216-1077
14471040           E-mail/Text: bnc-quantum@quantum3group.com Jun 05 2020 03:12:15
                   Quantum3 Group LLC as agent for,   Credit Corp Solutions Inc,   PO Box 788,
                   Kirkland, WA  98083-0788
14490957           E-mail/Text: bnc-quantum@quantum3group.com Jun 05 2020 03:12:15
                   Quantum3 Group LLC as agent for,   Velocity Investments LLC,   PO Box 788,
                   Kirkland, WA  98083-0788
14470236           E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2020 03:10:27       Synchrony Bank,   PO Box 965033,
                   Orlando, FL 32896-5033
14497207          +E-mail/Text: bncmail@w-legal.com Jun 05 2020 03:12:40       TD Bank USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14470241          +E-mail/Text: notices@burt-law.com Jun 05 2020 03:13:06       Velocity Investments LLC,
                   c/o Burton Neil & Associates P.C.,   1060 Andrew Drive,   Suite 170,
                   West Chester, PA 19380-5601
14470242           E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2020 03:11:01       Walmart/Synchrony Bank,
                   PO Box 530927,   Atlanta, GA 30353-0927
                                                                                               TOTAL: 35

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                   Oklahoma City, OK 73118-7901
14476382*        +Capital One Auto Finance,   c/o AIS Portfolio Services, LP,   Ketan Sawarkar,
                   4515 N Santa Fe Ave Dept. APS,   Oklahoma City, OK 73118-7901
14474535*        +Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa                 Page 3 of 3              Date Rcvd: Jun 04, 2020
                              Form ID: pdf900            Total Noticed: 81
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.axosfs.com
              MARC   KRANSON    on behalf of Debtor Kyle S Blocker marc81047@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 4
```

**NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341**
**MEETINGS IN THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Effective April 24, 2020)**

On April 24, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in-person chapter 7, 12, and 13 section 341 meetings for cases filed through July 10, 2020. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST website for up-to-date information about section 341 meetings of creditors.

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call-In Number and Passcode assigned to your trustee, which will be posted to the case docket prior to the section 341 meeting date.

Unless otherwise directed by your trustee, please call-in five minutes before your assigned meeting time and mute your telephone until your case is called.

Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- Wait until the trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.

- If you are calling in from another country, please see the additional information available at:
https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInform ation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee **a week prior to the section 341 meeting of creditors**. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.