**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KYLE S. BLOCKER, | ) | |
| | ) | Case No. 20-11033-pmm |
| Debtor. | ) | |

## PRAECIPE TO WITHDRAW DOCKET NO. 34 and 35

TO THE CLERK OF THE COURT:

Kindly withdraw the Docket Entries 34 and 35 which were inadvertently filed in the wrong case on September 2, 2020.

Dated: September 2, 2020    Respectfully submitted,

**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership

By: */s/ Lawrence J. Kotler*
  Lawrence J. Kotler (PA ID 56029)
  30 South 17th Street
  Philadelphia, PA  19103-4196
  Telephone:  215.979.1514
  Facsimile:  215.689.2746