Certificate Number: 17082-PAE-DE-034871610

Bankruptcy Case Number: 20-11033



17082-PAE-DE-034871610

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2020, at 8:46 o'clock AM MST, KYLE BLOCKER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 12, 2020         By:   /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director