United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-11033-pmm
Kyle S Blocker                                                          Chapter 7
Kyle S. Blocker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP           Page 1 of 3            Date Rcvd: Sep 25, 2020
                              Form ID: 318          Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
```
db/db           #+Kyle S Blocker,    Kyle S. Blocker,    1519 Hausman Avenue,    Allentown, PA 18103-8331
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                   Allentown, PA 18101-1603
smg               City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg              +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14470186         +AES/NCT,   PO Box 61047,    Harrisburg, PA 17106-1047
14470188          Asset Recovery Solutions LLC,    2200 E Devon Avenue,    Suite 200,    Des Plaines, IL 60018-4501
14470190         +Banch B&T,    223 West Nash Street,    Wilson, NC 27893-3801
14470196         +CBCS,   PO Box 2589,    Columbus, OH 43216-2589
14470197          CBE Group,    PO Box 2068,    Waterloo, IA 50704-2068
14470198         +CiitBank,    Radius Global Solutions LLC,    PO Box 390905,    Minneapolis, MN 55439-0905
14470200         +Credit Capital,    PO Box 31179,    Tampa, FL 33631-3179
14470201         +Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
14470205          Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
14470206         +EMESS Management,    PO Box 478,    Middlesex, NJ 08846-0478
14470208          First Investors Financial Servicing Grou,    PO Box 390672,    Minneapolis, MN 55439-0672
14470209          Health Network Laboratories,    PO Box 789581,    Philadelphia, PA 19178-9581
14470218          LTD Financial Services,    3200 Wilcrest,    Suite 600,    Houston, TX 77042-6000
14470214         +Lehigh Valley Bariatric Medicine,    1243 S Cedar Crest Blvd,    Allentown, PA 18103-6268
14470216         +Lehigh Valley Health Network,    PO Box 4120,    Allentown, PA 18105-4120
14470215          Lehigh Valley Health Network,    PO Box 781733,    Philadelphia, PA 19178-1733
14470217         +Lending Club Corporation,    21 Stevenson,    Suite 300,    San Francisco, CA 94105-2706
14470221         +Midland Funding LLC,    c/o Law Offices of Hayt, Hayt & Landau,,    2 Industrial Way,
                   Eatontown, NJ 07724-2265
14470222         +NES,   2479 Edison Blvd,    Unit A,    Twinsburg, OH 44087-2476
14470223          Northstar Location Services LLC,    4285 Cheektowaga,    Buffalo, NY 14225
14470225          Penn Credit,    916 S 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
14470226          Penn Credit Corp,    2800 Commerce Drive,    PO Box 69703,    Harrisburg, PA 17106-9703
14470227         +Penn Credit Corp,    PO Box 1259,    Dpt 91047,    Oaks, PA 19456-1259
14470233          RCN,   PO Box 11816,    Newark, NJ 07101-8116
14470232         +Ratchford Law Group,    54 Glenmaura National Blvd,    Moosic, PA 18507-2161
14470234         +Rollins Service Bureau,    PO Box 1415,    Atlanta, GA 30301-1415
14491096         +RoundPoint Mortgage Servicing Corporation,    446 Wrenplace Road,    Fort Mill, SC 29715-0200
14470235         +Roundpoint Mortgage Servicing Co,    PO box 19789,    Charlotte, NC 28219-9789
14470238         +TSI,   One Huntington Quadrangle,    Suite 2S01,    Melville, NY 11747-4438
14470239         +Unifund CCR, LLC,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
14480636         +Unifund CCR,LLC,    Barclay's Bank Delaware,    c/o Tsarouhis Law Group,    21 South 9th Street,
                   Allentown, PA 18102-4861
14470240         +Van Ru Credit Corp,    4839 N Elston Avenue,    Chicago, IL 60630-2534
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               +EDI: QLEFELDMAN.COM Sep 26 2020 08:03:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                   221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2020 04:17:59
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2020 04:18:17     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14470185         +EDI: CAPIO.COM Sep 26 2020 08:03:00      AC AssetCare,    2222 Texoma Pkwy,    Suite 180,
                   Sherman, TX 75090-2484
14470189          E-mail/Text: Bankruptcy@michaelandrewsllc.com Sep 26 2020 04:17:33
                   Autovest LLC of Pennsylvania,    PO Box 2247,    Southfield, MI 48037-2247
14470187          E-mail/Text: kristin.villneauve@allianceoneinc.com Sep 26 2020 04:17:24
                   Alliance One Receivable Mgnmt Inc,    PO Box 3102,    Southeastern, PA 19398-3102
14470191         +E-mail/Text: bankruptcy@bbandt.com Sep 26 2020 04:17:36      BB&T,   PO Box 580048,
                   Charlotte, NC 28258-0048
14470192          E-mail/Text: bankruptcy@bbandt.com Sep 26 2020 04:17:36      BB&T Processing Center,
                   PO Box 580048,    Charlotte, NC 28258-0048
14486363         +E-mail/Text: bankruptcy@bbandt.com Sep 26 2020 04:17:37      BB&T now Truist, Bankruptcy Section,
                   100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
14470199          EDI: CKSFINANCIAL.COM Sep 26 2020 08:03:00      CKS Financial,    PO Box 2856,
                   Chesapeake, VA 23327-2856
14470203         +E-mail/Text: customercareus@creditcorpsolutionsinc.com Sep 26 2020 04:17:22
                   Credit Corp Solutions,    63 East 11400 South 408,    Sandy, UT 84070
14487799         +EDI: CRFRSTNA.COM Sep 26 2020 07:53:00      CREDIT FIRST NA,    po box 818011,
                   CLEVELAND, OH 44181-8011
14470193          EDI: CAPITALONE.COM Sep 26 2020 07:53:00      Cabelas Visa Center,    World's Foremost Bank,
                   PO Box 82609,    Lincoln, NE 68501-2609
14470194         +EDI: CAPONEAUTO.COM Sep 26 2020 08:03:00      Capital One Auto Finance,    PO Box 60511,
                   City of Industry, CA 91716-0511
```

```
District/off: 0313-4                  User: PaulP                  Page 2 of 3                  Date Rcvd: Sep 25, 2020
                                      Form ID: 318                 Total Noticed: 80

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14474534       +EDI: AISACG.COM Sep 26 2020 07:53:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14486132       +EDI: AISACG.COM Sep 26 2020 07:53:00      Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14478138       +EDI: AIS.COM Sep 26 2020 08:03:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14470195       +EDI: CAPITALONE.COM Sep 26 2020 07:53:00      Capital One Bank USA N.A.,    4851 Cox Road,
                 Glen Allen, VA 23060-6293
14491558        EDI: BL-BECKET.COM Sep 26 2020 08:03:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14470202       +E-mail/Text: clientservices@credit-control.com Sep 26 2020 04:18:08      Credit Control LLC,
                 5757 Phantom Drive,    Suite 330,    Hazelwood, MO 63042-2429
14470204        EDI: CRFRSTNA.COM Sep 26 2020 07:53:00      Credit First NA,    PO Box 81344,
                 Cleveland, OH 44188-0344
14470207       +E-mail/Text: data_processing@fin-rec.com Sep 26 2020 04:17:38
                 Financial Recovery Services Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
14470210       +EDI: IIC9.COM Sep 26 2020 08:03:00      IC System Inc.,    444 Highway 96 East,    PO Box 64738,
                 Saint Paul, MN 55127-2557
14470211        E-mail/Text: PBNCNotifications@peritusservices.com Sep 26 2020 04:17:31
                 Kohls Payment Center,    PO Box 2983,    Milwaukee, WI 53201-2983
14470213        EDI: IIC9.COM Sep 26 2020 08:03:00      LC Systems Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
14470212       +EDI: CAPIO.COM Sep 26 2020 08:03:00      Law Offices of Mitchell Bluhm,    3400 Texoma Pkwy,
                 Suite 100,    Sherman, TX 75090-1916
14470219       +E-mail/Text: cs.bankruptcy@jmcbiz.com Sep 26 2020 04:18:43      Media Collections Inc.,
                 8948 Canyon Falls Blvd,    Suite 200,    Twinsburg, OH 44087-1900
14470220       +EDI: MID8.COM Sep 26 2020 08:03:00      Midland Credit Management,    2365 Northside Drive,
                 Suite 300,    San Diego, CA 92108-2709
14493188       +EDI: MID8.COM Sep 26 2020 08:03:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14470228        E-mail/Text: info@phoenixfinancialsvcs.com Sep 26 2020 04:17:24
                 Phoenix Financial Services LLC,    8902 Otis Avenue,    Indianapolis, IN 46216
14470231        EDI: PRA.COM Sep 26 2020 08:03:00      Portfolio Recovery Associates,    120 Corporate Blvd,
                 Suite 100,    Norfolk, VA 23502
14470229        EDI: PRA.COM Sep 26 2020 08:03:00      Portfolio Recovery Associates,    Disputes Department,
                 140 Corporate Blvd,    Norfolk, VA 23502
14470230        EDI: PRA.COM Sep 26 2020 08:03:00      Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541
14488317        EDI: PRA.COM Sep 26 2020 08:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14470224       +E-mail/Text: paparalegals@pandf.us Sep 26 2020 04:18:47      Patenaude & Felix, A.P.C.,
                 501 Corporate Drive,    Southpointe, Suite 205,    Canonsburg, PA 15317-8584
14471040        EDI: Q3G.COM Sep 26 2020 08:03:00      Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA 98083-0788
14490957        EDI: Q3G.COM Sep 26 2020 08:03:00      Quantum3 Group LLC as agent for,
                 Velocity Investments LLC,    PO Box 788,    Kirkland, WA 98083-0788
14470236        EDI: RMSC.COM Sep 26 2020 07:53:00      Synchrony Bank,    PO Box 965033,
                 Orlando, FL 32896-5033
14497207       +E-mail/Text: bncmail@w-legal.com Sep 26 2020 04:18:12      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14470237        EDI: WTRRNBANK.COM Sep 26 2020 07:53:00      Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
14470241       +E-mail/Text: notices@burt-law.com Sep 26 2020 04:18:44      Velocity Investments LLC,
                 c/o Burton Neil & Associates P.C.,    1060 Andrew Drive,    Suite 170,
                 West Chester, PA 19380-5601
14470242        EDI: RMSC.COM Sep 26 2020 07:53:00      Walmart/Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 42

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14474535*      +Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0313-4          User: PaulP              Page 3 of 3              Date Rcvd: Sep 25, 2020
                              Form ID: 318             Total Noticed: 80
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              MARC   KRANSON    on behalf of Debtor Kyle S Blocker marc81047@yahoo.com
              MARC   KRANSON    on behalf of Debtor Kyle S. Blocker marc81047@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Kyle S Blocker** | Social Security number or ITIN | **xxx–xx–1252** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kyle S. Blocker** | Social Security number or ITIN | **xxx–xx–1252** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | | |
| Case number:   **20–11033–pmm** | | | |

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kyle S Blocker                    Kyle S. Blocker

<u>9/25/20</u>                     **By the court:** <u>Patricia M. Mayer</u>
                                   United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**