# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kyle S. Blocker<br>　　　　　　　　Debtor | CHAPTER 7 |
| RoundPoint Mortgage Servicing Corporation<br>　　　　　　　　Movant<br>　　vs. | NO. 20-11033 PMM |
| Kyle S. Blocker<br>　　　　　　　　Debtor | |
| Lynn E. Feldman<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 6th day of October, 2020 at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow RoundPoint Mortgage Servicing Corporation to exercise its rights pursuant to the loan documents regarding the premises 1519 Hausman Avenue Allentown, PA 18103 .  It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

*Patricia M. Mayer*
　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Kyle S. Blocker
1519 Hausman Avenue
Allentown, PA 18103

MARC KRANSON, ESQUIRE
523 Walnut Street
Allentown, PA 18101

Lynn E. Feldman
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532