United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kyle S Blocker  
Kyle S. Blocker  
    Debtor(s)

Case No. 20-11033-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: PaulP     Page 1 of 2  
Date Rcvd: Oct 06, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

Recip ID     Recipient Name and Address  
db/db     #+ Kyle S Blocker, Kyle S. Blocker, 1519 Hausman Avenue, Allentown, PA 18103-8331

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID     Bypass Reason     Name and Address  
db     *+     Kyle S. Blocker, Mailing address, 4825 Waterbrooke Xing, Alpharetta, GA 30004-3503

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MARC KRANSON | on behalf of Debtor Kyle S Blocker marc81047@yahoo.com |
| MARC KRANSON | on behalf of Debtor Kyle S. Blocker marc81047@yahoo.com |

District/off: 0313-4 | User: PaulP | Page 2 of 2
Date Rcvd: Oct 06, 2020 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kyle S. Blocker<br>　　　　　　　　　Debtor | CHAPTER 7 |
| RoundPoint Mortgage Servicing Corporation<br>　　　　　　　　　Movant<br>　　　vs. | NO. 20-11033 PMM |
| Kyle S. Blocker<br>　　　　　　　　　Debtor | |
| Lynn E. Feldman<br>　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## **ORDER**

AND NOW, this  6th  day of  October , 2020 at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow RoundPoint Mortgage Servicing Corporation to exercise its rights pursuant to the loan documents regarding the premises 1519 Hausman Avenue Allentown, PA 18103 .  It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

*Patricia M. Mayer*
United States Bankruptcy Judge.

cc: See attached service list

Kyle S. Blocker
1519 Hausman Avenue
Allentown, PA 18103

MARC KRANSON, ESQUIRE
523 Walnut Street
Allentown, PA 18101

Lynn E. Feldman
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532